UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Michael Allegretta,<br><br>               Plaintiff,<br><br>vs.<br><br>Central Credit Services, Inc., et al.,<br><br>               Defendants. | Case No.:  1:09-cv-12080-GAO |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that Defendant, Central Credit Services, Inc., and

Plaintiff, Michael Allegretta ("Plaintiff") have reached a settlement in the above-captioned case.

The Plaintiff anticipates filing a stipulation of dismissal of this action with prejudice pursuant to

FED. R. CIV. P. 41(a) within 30 days.

Dated: April 28, 2010

               Respectfully submitted,

               PLAINTIFF,
               Michael Allegretta

               /s/ Sergei Lemberg
               Sergei Lemberg, Esq. (650671)
               LEMBERG & ASSOCIATES, L.L.C.
               Stamford, CT 06905
               Telephone: (203) 653-2250
               Facsimile: (877) 795-3666
               slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2010, a true and correct copy of the foregoing Notice of Settlement was filed electronically with the U.S. District Court District of Massachusetts ECF system and that the document is available on the ECF system.

By:   /s/ Sergei Lemberg
Sergei Lemberg, Esq.