## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

<u>  MICHAEL ALLEGRETTA           </u>
     Plaintiff

              CIVIL ACTION
  V.

              NO. <u>  09-12080-GAO  </u>
<u> CENTRAL CREDIT SERVICES, INC.  </u>
     Defendant

### SETTLEMENT ORDER OF DISMISSAL

<u>  O'TOOLE                   </u>   D. J.

  The Court having been advised on <u>  APRIL 28, 2010    </u> that the above-entitled action has been settled;

  IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                By the Court,

<u> 4/29/10                </u>        <u> /s/ Paul Lyness        </u>
  Date              Deputy Clerk

(Dismissal Settlement.wpd - 12/98)